FILED
CLERK, U.S. DISTRICT COURT

JAN 23 2026

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF | 2:26-MJ-317 |
| v. | |
| Alexander Soofer  DEFENDANT(S). | DESIGNATION AND APPEARANCE OF COUNSEL |

### DESIGNATION OF COUNSEL

I, the undersigned defendant in the above-numbered case, hereby designate and appoint HILARY POTASHNER _____, Esquire, as my attorney to appear for me throughout all proceedings in this case.

_1/23/2026_
Date

_[signature]_
Defendant's Signature

_Santa Ana, CA_
City and State

### APPEARANCE OF COUNSEL

I, HILARY POTASHNER _____ Attorney at law duly admitted to practice before the United States District Court for the Central District of California, hereby consent to my designation and appointment as counsel for the above-named defendant. The Clerk is therefore requested to enter my appearance as defendant's counsel.

Receipt is hereby acknowledged of a copy of the Indictment or Information in this case.

_1/23/26_
Date

_[signature]_
Attorney's Signature

_#167060_
California State Bar Number

_LARSON LLP, 555 S. Flower St #3000_
Street Address

_LA, CA 90071_
City, State, Zip Code

_213-436-4888_
Telephone Number                  Fax Number

_hpotashner@larsonllp.com_
E-mail Address

CR-14 (01/07)                DESIGNATION AND APPEARANCE OF COUNSEL